UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.   2:25-cv-03445-PA-KS                                    Date: May 12, 2026

Title   *Joe E. Williams v. Dean Borders et al.*


Present:  The Honorable:     Karen L. Stevenson, Chief United States Magistrate Judge


|                Kerri Hays                |                N/A                |
| :---: | :---: |
|                Deputy Clerk               |         Court Reporter / Recorder        |

Attorneys Present for Plaintiffs:        Attorneys Present for Respondents:


**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On April 14, 2025, Plaintiff, a California inmate then housed at the California Health Care Facility – Stockton, proceeding *pro se*, filed a civil rights Complaint against the warden of the institution where he was housed and six individual correctional officers.  (Dkt. No. 1.)  The Court subsequently ordered service of process by the U.S. Marshal.  (Dkt. Nos. 9-11.)

On March 19, 2026, Defendants filed a Motion to Dismiss the Complaint ("MTD"). (Dkt. No. 26.)  On March 20, 2026, the Court issued a briefing schedule on the MTD.  (Dkt. No. 27.)  Pursuant to the briefing schedule, Plaintiff's opposition to the MTD was due on or before April 20, 2026.  (*Id.*)

To date, Plaintiff has not filed an opposition to the MTD.  Further, the most recent mail sent by the Court to Plaintiff's current address of record was returned to sender as "refused" with a notation that suggests Plaintiff may now be housed at Mule Creek State Prison.  (Dkt. No. 28.)

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a litigant "fails to prosecute or to comply with these rules or a court order."  Thus, the Court could properly recommend dismissal of the action for Plaintiff's failure to comply with the Court's briefing schedule.  Additionally, Local Rule 7-12 provides, in pertinent part, that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of [a] motion, . . . ."  Consequently, the Court could also properly recommend that the MTD be granted based upon Plaintiff's failure to file an opposition by the Court-ordered deadline.  *Id.*  Finally, Local Rule 41-6 provides a third basis on which the Court may dismiss this action, specifically:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-03445-PA-KS                                    Date: May 12, 2026

Title      *Joe E. Williams v. Dean Borders et al.*

[a] party proceeding *pro se* must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address.  If a Court order or other mail served on a *pro se* plaintiff at his address of record is returned by the Postal Service as undeliverable and the *pro se* party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute.

However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before June 2, 2026,** why the Court should not recommend that the action be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure and Local Rule 41-6, and/or the MTD be granted under Local Rule 7-12.  Plaintiff's response to this Order to Show Cause must include either:  (1) a request for an extension of time to file an opposition accompanied by a sworn declaration **that establishes good cause** for both Plaintiff's failure to timely respond to the MTD and his need for additional time; *or* (2) a complete Opposition that fully complies with the Local Rules, the Federal Rules of Civil Procedure, and this Court's scheduling order.

Alternatively, if Plaintiff concludes he is currently unable to comply with the deadlines necessary for prosecuting this action, Plaintiff may discharge this Order and dismiss this case without prejudice by filing a signed document entitled a "Notice of Voluntary Dismissal" requesting the voluntary dismissal of the action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**Plaintiff is expressly cautioned that his failure to respond to this Order <u>WILL</u> result in a recommendation of dismissal based on Rule 41 of the Federal Rules of Civil Procedure and Local Rule 41-6, and/or that the MTD be granted under Local Rule 7-12.**

**IT IS SO ORDERED.**

                                                                                                    :

**Initials of Preparer**    klh

---

CV-90 (03/15)                    Civil Minutes – General                    Page **2** of **2**