**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **JOE E. WILLIAMS,**<br>**Plaintiff,**<br>**v.**<br><br>**WARDEN DEAN BORDERS, et al.,**<br>**Defendants.** | ) ) ) ) ) ) ) ) | **NO. 2:25-cv-03445-PA-KS**<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Motion to Dismiss filed by Defendants, the Report and Recommendation of United States Magistrate Judge ("Report"), and all of the records herein. The period for filing objections to the Report has passed and no objections were filed. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) Defendants' Motion to Dismiss is GRANTED; (2) Judgment shall be entered dismissing Plaintiff's claims against Defendant Borders, and Plaintiff's First and Fourteenth Amendment claims against Defendants Pellegrini-Duran, Medina, De La Torre, De La Rosa, Westlake, and Salazar, with prejudice; and (3) Judgment shall be further entered dismissing the remainder of this action without prejudice for Plaintiff's failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: July 28, 2026

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE