**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOE E. WILLIAMS,**<br>**Plaintiff,**<br>**v.**<br>**WARDEN DEAN BORDERS, et al.,**<br>**Defendants.** | **NO. 2:25-cv-03445-PA-KS**<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge ("Order"), IT IS ADJUDGED that this action is dismissed consistent with the terms of the Order.

DATED: July 28, 2026

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE